**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| IAN TAPPER, | : | No. 177 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ROSALYN ROBINSON, JUDGE OF THE | : | |
| COURT OF COMMON PLEAS OF | : | |
| PHILADELPHIA COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is impermissible).

    The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.